# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| LEONARDO RENÉ BROWN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-17-428-HE |
| MICHAEL D. BOOTHE *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

The order transferring this case to Judge Goodwin [Doc. #32] is **VACATED**. The pending Report and Recommendation from Judge Goodwin [Doc. #30], to which no objection was made, is **ADOPTED**, and all claims against defendants Boothe, Stell, Delozier, Cooper, and Turnkey Health Center, and the official capacity claim against defendant Thompson, are **DISMISSED**. Plaintiff's individual capacity claim against defendant Thompson remains for resolution. The court withdraws the referral as to that remaining claim, and the case is again **TRANSFERRED** to United States District Judge Goodwin for all purposes.

**IT IS SO ORDERED.**

Dated this 12th day of September, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE